IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT WALKER AND BRANDY NEWSOM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Case No. CIV-17-752-D ) |
| USAA CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER EXTENDING REMAINING SCHEDULING ORDER DEADLINES

Upon consideration, the parties' Joint Motion to Extend Scheduling Order Deadlines [Doc. No. 13] is hereby GRANTED.

IT IS THEREFORE ORDERED that the remaining deadlines in the Scheduling Order entered October 3, 2017 [Doc. No. 12] are amended as follows:

| Scheduling Order Paragraph | Description | New Deadline |
|---|---|---|
| 3 | Plaintiff's Expert Witness List & Expert Reports | 05/09/2018 |
| 3 | Defendant's Expert Witness List & Expert Reports | 05/23/2018 |
| 4 | Plaintiff's Final Witness List | 05/23/2018 |
| 4 | Defendant's Final Witness List | 06/06/2018 |
| 5 | Plaintiff's Final Exhibit List | 05/23/2018 |
| 5 | Defendant's Final Exhibit List and Defendant's Objections to Plaintiff's Final Exhibit List | 06/06/2018 |
| 5 | Plaintiff's Objections to Defendant's Final Exhibit List | 14 days thereafter |

| 6 | Discovery deadline | 07/05/2018 |
| 7 | Dispositive & *Daubert* Motions | 06/06/2018 |
| 8 | Trial Docket | To Be Set |
| 9 | Designations of deposition testimony | 07/16/2018 |
| 9 | Objections and counter designations of deposition testimony | 07/23/2018 |
| 9 | Objections to counter-designations | 07/30/2018 |
| 10 | Motions in Limine | 07/16/2018 |
| 11 | Requested Voir Dire | 07/16/2018 |
| 12 | Trial Briefs | 07/16/2018 |
| 13 | Requested Jury Instructions | 07/16/2018 |
| 14 | Proposed findings and conclusions of law, if any | 07/16/2018 |
| 15 | Any objections or responses to the trial submissions referenced in 10, 11, 12, 13 or 14 | 14 days thereafter |
| 16 | Final Pretrial Report and proposed order | 07/16/2018 |

Unless otherwise ordered, all other provisions of the original Scheduling Order [Doc. No. 12] remain in effect.

IT IS SO ORDERED this 12th day of February, 2018.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE